UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:16-cr-189 |
| v. | ) | Judge Trauger |
| | ) | |
| JEREMY STACY GODWIN | ) | |

## GOVERNMENT'S SENTENCING POSITION

The United States has no objections to the findings or sentencing calculations contained in the presentence report. Pursuant to U.S.S.G. § 3E1.1(b), the government moves the court to apply a 3 level reduction for acceptance of responsibility, as reflected in the presentence report, because the defendant has met the requirements of that subsection of the sentencing guidelines.

The United States respectfully requests that the Court sentence the defendant to 77 months imprisonment, followed by 3 years supervised release, concurrent to case number 3:17-cr-179, in conformity with the binding plea agreement.

The United States does not intend to call any witnesses at the sentencing hearing.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney

By: *s/ William L. Deneke*
Assistant United States Attorney
A-961 U.S. Courthouse
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2018, I electronically filed this pleading with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for the defendant, David Baker.

*s/ William L. Deneke*
Assistant United States Attorney

[1]